Alan M. Jones, CA Bar No. 092215
ajones@jonesturner.com
Ron H. Burnovski, CA Bar No. 172109
rburnovski@jonesturner.com
JONES TURNER, LLP
100 Pacifica, Suite 210
Irvine, California 92618
Telephone:  (949) 435-4100
Facsimile:   (949) 435-4105

Attorneys for Defendant
NATIONAL UNION FIRE INSURANCE
COMPANY of PITTSBURGH, PA.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| W.E. HALL COMPANY, INC. dba PACIFIC CORRUGATED PIPE COMPANY, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY of PITTSBURGH, PA., a Pennsylvania corporation,<br><br>Defendants. | CV No. 2:09-cv-03359-JAM-EFB<br><br>**STIPULATION RE CONTINUANCE OF CERTAIN PRE-TRIAL DEADLINES** |

Whereas, this Court issued a Scheduling Order on February 10, 2010 (Docket No. 10);

Whereas, under the Scheduling Order, the Court designated the following dates for the indicated pre-trial deadlines:

    1.    October 1, 2010: Parties' expert witness disclosures under Fed. R. Civ. P. 26(a)(2);

    2.    October 8, 2010: Supplemental and/or rebuttal expert witness disclosure(s) under Fed. R. Civ. P. 26(a)(2)(c);

    3.    December 10, 2010: Completion of all discovery;

    4.    January 12, 2011: Filing deadline for any dispositive motions;

    5.    February 9, 2011: Hearing deadline for dispositive motions;

1   6.   March 11, 2011: Last day for parties to file joint pre-trial statement for the
2   Final Pre-trial Conference;
3   7.   March 18, 2011: Final Pre-trial Conference; and
4   8.   April 25, 2011: Trial.

Whereas, a key witness located in Canada, Stephen Peel, has indicated he is not available for deposition until after the current deadline for expert disclosures.

Whereas, Mr. Peel is an officer for Ironside Design Manufacturing, the Canadian manufacturer of plaintiff's damaged pipe mill and several potential replacements for the damaged mill, including the "Mobile Mill" that was purchased by plaintiff as a replacement for its damaged mill. Mr. Peel and Ironside thus possess information relevant to a determination of the appropriate like kind quality, capacity and size replacement for the damaged mill, which is the central issue in this case.

Whereas, Mr. Peel has indicated and agreed, through plaintiff's counsel, that he will make himself available for deposition in Chilliwack, British Columbia, where Ironside is located, on October 7, 2010.

Whereas, the parties agree that a continuance of certain pre-trial deadlines will allow for the gathering and completion of necessary discovery before the expiration of the expert disclosure, discovery, and dispositive motion deadlines.

Whereas, the Court advised the parties that a continuance of the other pre-trial dates will necessitate some modification of the existing pre-trial statement filing deadline, the pre-trial conference date and the trial date in this matter.

IT IS THEREFORE STIPULATED by and between the parties hereto, through their respective attorneys of record, as follows:

1.   The date regarding expert witness disclosure referenced in the Scheduling Order is changed from October 1, 2010 to November 1, 2010;

2.   The date regarding supplemental and/or rebuttal expert witness disclosures referenced in the Scheduling Order is changed from October 8, 2010 to November 8, 2010;

4.   The date regarding the close of discovery referenced in the Scheduling Order is

-2-

Case 2:09-cv-03359-JAM-KJN   Document 13   Filed 09/14/10   Page 3 of 3

changed from December 10, 2010 to January 10, 2011;

5. The filing deadline for dispositive motions referenced in the Scheduling order is changed from January 12, 2011 to February 9, 2011;

6. The deadline for hearing of any dispositive motions referenced in the Scheduling Order is changed from February 9, 2011 to March 9, 2011 at 9:30 a.m.;

7. The deadline for the parties' joint Pre-trial Conference Statement referenced in the Scheduling Order is changed from March 11, 2011 to April 15, 2011;

8. The date for the final Pretrial Conference referenced in the Scheduling Order is changed from March 18, 2011 to April 22, 2011 at 3 p.m; and

9. The date for commencement of a jury trial referenced in the Scheduling Order is changed from April 25, 2011 to June 6, 2011 at 9 a.m.

DATED: September 13, 2010        Respectfully submitted:

                                 JONES TURNER, LLP

                                 **/s/ Ron H. Burnovski**
                                 _____
                                 Ron H. Burnovski

                                 Attorneys for Defendant
                                 National Union Fire Insurance Company of
                                 Pittsburgh, PA

DATED: September 10, 2010        KERR & WAGSTAFFE, LLP

                                 **/s/ Ivo Labar**
                                 _____
                                 Ivo Labar

                                 Attorneys for Plaintiff
                                 W.E. Hall Company, Inc. dba Pacific Corrugated
                                 Pipe Company

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

Dated: September 13, 2010        /s/ John A. Mendez
                                 The Honorable John A. Mendez
                                 United States District Court

-3-

**Stipulation re Continuance of Certain Pre-trial Deadlines**
**[Proposed Order]**                                    2:09-cv-03359-JAM-EFB