| | |
|---|---|
| 1 | Alan M. Jones, CA Bar No. 092215 |
|   | ajones@jonesturner.com |
| 2 | Ron H. Burnovski, CA Bar No. 172109 |
|   | rburnovski@jonesturner.com |
| 3 | JONES TURNER, LLP |
|   | 100 Pacifica, Suite 210 |
| 4 | Irvine, California 92618 |
|   | Telephone:  (949) 435-4100 |
| 5 | Facsimile:   (949) 435-4105 |

Attorneys for Defendant
NATIONAL UNION FIRE INSURANCE
COMPANY of PITTSBURGH, PA.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| W.E. HALL COMPANY, INC. dba PACIFIC CORRUGATED PIPE COMPANY, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY of PITTSBURGH, PA., a Pennsylvania corporation,<br><br>Defendants. | CV No. 2:09-cv-03359-JAM-EFB<br><br>**STIPULATION RE CONTINUANCE OF CERTAIN PRE-TRIAL DEADLINES**<br><br>**AS MODIFIED BY THE COURT** |

Whereas, on September 14, 2010, this Court filed its Order (Docket No. 14) approving the parties' Stipulation re Continuance of Certain Pre-trial Deadlines;

Whereas, under the Order filed on September 14, 2010, the Court approved the following dates for the indicated pre-trial deadlines and trial date for this case:

 1. November 1, 2010: Parties' expert witness disclosures under Fed. R. Civ. P. 26(a)(2);

 2. November 8, 2010: Supplemental and/or rebuttal expert witness disclosure(s) under Fed. R. Civ. P. 26(a)(2)(c);

 3. January 10, 2011: Completion of all discovery;

 4. February 9, 2011: Filing deadline for any dispositive motions;

-1-

     5.      March 9, 2011: Hearing deadline for dispositive motions;

     6.      April 15, 2011: Last day for parties to file joint pre-trial statement for the Final Pre-trial Conference;

     7.      April 22, 2011: Final Pre-trial Conference; and

     8.      June 6, 2011: Trial.

Whereas, the parties have commenced discussions and have held a meeting in an attempt to negotiate a mutually agreeable settlement as to all matters at issue in this litigation and the remainder of plaintiff's insurance claim;

Whereas, the parties wish to continue those settlement discussions and have therefore scheduled a follow-up meeting on October 21, 2010 to discuss settlement possibilities and have further agreed to a stay of currently outstanding and the service of any additional discovery until at least October 26, 2010;

Whereas, the parties agree that a brief continuance of the current schedule of pre-trial deadlines and trial date will allow for the parties to complete their efforts to try to negotiate a voluntary settlement of all issues while allowing the parties to put off incurring attorney's fees and costs that would need to be incurred to complete necessary lay and expert discovery, dispositive motion practice, and other pre-trial preparations.

IT IS THEREFORE STIPULATED by and between the parties hereto, through their respective attorneys of record, as follows:

1. The date regarding expert witness disclosure referenced in the Scheduling Order is changed from November 1, 2010 to January 7, 2011;

2. The date regarding supplemental and/or rebuttal expert witness disclosures referenced in the Scheduling Order is changed from November 8, 2010 to January 14, 2011;

4. The date regarding the close of discovery referenced in the Scheduling Order is changed from January 10, 2011 to March 14, 2011;

5. The filing deadline for dispositive motions referenced in the Scheduling order is changed from February 9, 2011 to April 13, 2011;

6. The deadline for hearing of any dispositive motions referenced in the Scheduling

-2-

**Stipulation re Continuance of Certain Pre-trial Deadlines**
**[Proposed Order]**          2:09-cv-03359-JAM-EFB

Order is changed from March 9, 2011 to May 18, 2011 at 9:30 a.m.;

7.  The deadline for the parties' joint Pre-trial Conference Statement referenced in the Scheduling Order is changed from April 15, 2011 to June 17, 2011;

8.  The date for the final Pretrial Conference referenced in the Scheduling Order is changed from April 22, 2011 to June 24, 2011 at 2 p.m; and

9.  The date for commencement of a jury trial referenced in the Scheduling Order is changed from June 6, 2011 to August 8, 2011 at 9 a.m.

DATED: October 8, 2010                Respectfully submitted:

                                      JONES TURNER, LLP


                                      **/s/ Ron H. Burnovski**
                                      _____
                                      Ron H. Burnovski

                                      Attorneys for Defendant
                                      National Union Fire Insurance Company of
                                      Pittsburgh, PA


DATED: October 8, 2010                KERR & WAGSTAFFE, LLP


                                      **/s/ Ivo Labar**
                                      _____
                                      Ivo Labar

                                      Attorneys for Plaintiff
                                      W.E. Hall Company, Inc. dba Pacific Corrugated Pipe Company

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.


Dated: October 12, 2010               /s/ John A. Mendez
                                      The Honorable John A. Mendez
                                      United States District Court

**Stipulation re Continuance of Certain Pre-trial Deadlines
[Proposed Order]**                                          2:09-cv-03359-JAM-EFB